UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRYNN R. MELENDEZ and WILLIAM J. CUNNINGHAM, Special Administrator of the ESTATE OF JEANNIE ROCHON, Deceased, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | 2:21-CV-162-PPS-JEM |
| TEXAS LIFE INSURANCE COMPANY, ) ) | |
| Defendant. ) | |

## ORDER

Plaintiffs, Brynn R. Melendez and William J. Cunningham, Special Administrator of the Estate of Jeannie Rochon, deceased, and Defendant, Texas Life Insurance Company, filed a Stipulated Dismissal With Prejudice. [DE 33.] The stipulation of dismissal is signed by all parties who have appeared. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulated Dismissal With Prejudice [DE 33] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS WITH PREJUDICE** all claims in the case (including the counterclaim), with each party to bear its own fees and costs. The Clerk is also **ORDERED** to **CLOSE** this case.

SO ORDERED.

ENTERED: January 18, 2022.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**